**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT, ) | No. CV 02-8721-AHS(CW) |
| ) Plaintiff, ) | JUDGMENT |
| ) v. ) | |
| ) DR. CHAKMAKIAN, et al., ) | |
| ) Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>September 26, 2008</u>

*ALICEMARIE H. STOTLER*

_____
ALICEMARIE H. STOTLER
Chief United States District Judge